# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

STEFANIE BOONE

v.

FOREST HILLS PUBLIC SCHOOLS, LOWELL AREA SCHOOLS, CHRISTINE ANNESE, and NATE FOWLER

Case No. 1:26-cv-03252
Hon.

TO: FOREST HILLS PUBLIC SCHOOLS
ADDRESS: 620 FOREST HILL AVE, SE
GRAND RAPIDS, MI 49546

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

MATTHEW S. DePERNO
PO BOX 1595
PORTAGE, MI 49081
(269) 491-0213

CLERK OF COURT

______________________________
By: Deputy Clerk Date

---

## PROOF OF SERVICE

This summons for FOREST HILLS PUBLIC SCHOOLS (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

STEFANIE BOONE

v.

FOREST HILLS PUBLIC SCHOOLS, LOWELL AREA SCHOOLS, CHRISTINE ANNESE, and NATE FOWLER

Case No. 1:26-cv-03252
Hon.

TO: LOWELL AREA SCHOOLS
ADDRESS: 300 HIGH STREET
LOWELL, MI 49331

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

MATTHEW S. DePERNO
PO BOX 1595
PORTAGE, MI 49081
(269) 491-0213

CLERK OF COURT

By: Deputy Clerk ______ Date

## PROOF OF SERVICE

This summons for LOWELL AREA SCHOOLS (name of individual and title, if any) was received by me on ______ (date).

☐ I personally served the summons on the individual at ______ (place where served) on ______ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______ (name), a person of suitable age and discretion who resides there, on ______ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______ (name of individual), who is designated by law to accept service of process on behalf of ______ (name of organization) on ______ (date).

☐ I returned the summons unexecuted because ______.

☐ Other *(specify)* ______.

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under the penalty of perjury that this information is true.

Date: ______

______
*Server's signature*

Additional information regarding attempted service, etc.:

______
*Server's printed name and title*

______
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

STEFANIE BOONE

v.

FOREST HILLS PUBLIC SCHOOLS, LOWELL AREA SCHOOLS, CHRISTINE ANNESE, and NATE FOWLER

Case No. 1:26-cv-03252
Hon.

TO: CHRISTINE ANNESE
ADDRESS: 23117 SHORECREST WOODS DR
PIERSON, MI 49339

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

MATTHEW S. DePERNO
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT

______________________________
By: Deputy Clerk Date

## PROOF OF SERVICE

This summons for CHRISTINE ANNESE (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

STEFANIE BOONE

v.

FOREST HILLS PUBLIC SCHOOLS, LOWELL AREA SCHOOLS, CHRISTINE ANNESE, and NATE FOWLER

Case No. 1:26-cv-03252
Hon.

TO: NATE FOWLER
ADDRESS: 83 COUNTRYVIEW
LOWELL, MI 49331

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

MATTHEW S. DePERNO
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT

______________________________
By: Deputy Clerk Date

---

## PROOF OF SERVICE

This summons for NATE FOWLER (name of individual and title, if any) was received by me on ______ (date).

☐ I personally served the summons on the individual at ______ (place where served) on ______ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______ (name), a person of suitable age and discretion who resides there, on ______ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______ (name of individual), who is designated by law to accept service of process on behalf of ______ (name of organization) on ______ (date).

☐ I returned the summons unexecuted because ______.

☐ Other *(specify)* ______.

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under the penalty of perjury that this information is true.

Date: ______

______________________________
*Server's signature*

Additional information regarding attempted service, etc.:

______________________________
*Server's printed name and title*

______________________________
*Server's address*